DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MAGALY ANEIRO,**
Appellant,

v.

**ANTHONY RYAN BURGETT,** Individually, and **DAVIS-ULMER SPRINKLER COMPANY, INC.,** d/b/a **BEACH LAKE SPRINKLER,**
Appellees.

No. 4D20-2314

[June 3, 2021]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carlos A. Rodriguez, Judge; L.T. Case No. 20-007545 CACE (14).

Morgan L. Weinstein of Twig, Trade, & Tribunal, PLLC, Fort Lauderdale, for appellant.

Jessica L. Gross of Wicker Smith O'Hara McCoy & Ford, P.A., Coral Gables, for appellee Davis-Ulmer Sprinkler Company, Inc., d/b/a Beach Lake Sprinkler.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***